THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BERNARD STEIN, Appellant.

Submitted February 28, 1952; decided March 4, 1952.

Motion for reargument denied. All concur except CONWAY, J., who dissents and votes to grant reargument. [See 302 N. Y. 915, 941; 303 N. Y. 627, 791.]